**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ALLEN VIDEO TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS INC., and<br>SONY CORPORATION,<br><br>Defendants. | ) | Civil Action No. ________________ |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 103.3, Plaintiff, Allen Video Technology, Inc., states that it has no parent corporation or other affiliates, and that no publicly held corporation owns 10% or more of its stock.

Plaintiff, Allen Video Technology, Inc., is not aware of any other corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of the litigation.

Dated: May 17, 2013

Respectfully submitted,

/s/ Joseph D. Lewis
Joseph D. Lewis

*Attorneys for Plaintiff*
*ALLEN VIDEO TECHNOLOGY, INC.*

Joseph D. Lewis
(Maryland Federal Bar # 13379)
**BARNES & THORNBURG LLP**
1717 Pennsylvania Ave, NW, Suite 500
Washington, DC 20006
(202) 289-1313 Telephone
(202) 289-1330 Facsimile
Email: joe.lewis@btlaw.com

*Of Counsel:*
Eugene M. Cummings
David Lesht
Martin Goering
David M. Mundt
**THE LAW OFFICES OF**
**EUGENE M. CUMMINGS, P.C.**
One North Wacker Drive, Suite 4130
Chicago, Illinois 60606
(312) 984-0144 Telephone
(312) 984-0146 Facsimile
E-mail: ecummings@emcpc.com
E-mail: dlesht@emcpc.com
E-mail: mgoering@emcpc.com
E-mail: dmundt@emcpc.com

Joseph M. Vanek
Jeffrey R. Moran
**VANEK, VICKERS & MASINI, P.C.**
55 W. Monroe, Suite 3500
Chicago, IL 60603
(312) 224-1500 Telephone
(312) 224-1510 Facsimile
Email: jvanek@vaneklaw.com
Email: jmoran@vaneklaw.com