# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| ALLEN VIDEO TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS INC., et al.<br><br>Defendants. | Case No. 1:13-cv-01459-WDQ<br><br>**JURY TRIAL DEMANDED** |

## CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANT SONY ELECTRONICS INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant Sony Electronics Inc. ("SEL"), by and through its undersigned counsel, hereby moves to extend the time for SEL to answer or otherwise plead in response to the Complaint in this action to July 29, 2013. By telephone on June 12, 2013, Joseph D. Lewis, counsel for Plaintiff Allen Video Technology, Inc., authorized the undersigned to represent that Plaintiff consents to this motion.

Respectfully submitted,

Dated: June 13, 2013

*/s/ Edward T. Colbert*
Edward T. Colbert

*Attorneys for Defendant*
*SONY ELECTRONICS INC.*

Edward T. Colbert (# 05477)
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200
(202) 220-4201 (Fax)
ecolbert@kenyon.com

*Of Counsel:*

John Flock
Zaed Billah
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
(212) 425-7200
(212) 425-5288 (Fax)
jflock@kenyon.com
zbillah@kenyon.com

Paul T. Qualey
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200
(202) 220-4201 (Fax)
pqualey@kenyon.com