# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| ALLEN VIDEO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY ELECTRONICS INC., et al. <br><br> Defendants. | Case No. 1:13-cv-01459-WDQ <br><br> **JURY TRIAL DEMANDED** |

## WAIVER OF SERVICE AND CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS SONY ELECTRONICS INC. AND SONY CORPORATION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants Sony Electronics Inc. ("SEL") and Sony Corporation ("SC"), by and through their undersigned counsel, hereby move to extend the time for SEL and SC to answer or otherwise plead in response to the Complaint in this action to September 12, 2013. SC hereby also waives service of the Complaint. By telephone on July 29, 2013, Joseph D. Lewis, counsel for Plaintiff Allen Video Technology, Inc., authorized the undersigned to represent that Plaintiff consents to this motion.

Dated: July 29, 2013

Respectfully submitted,

Edward T. Colbert

*Attorneys for Defendants*
*SONY ELECTRONICS INC. and*
*SONY CORPORATION*

Edward T. Colbert (# 05477)
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200
(202) 220-4201 (Fax)
ecolbert@kenyon.com

*Of Counsel:*

John Flock
Zaed Billah
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
(212) 425-7200
(212) 425-5288 (Fax)
jflock@kenyon.com
zbillah@kenyon.com

Paul T. Qualey
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200
(202) 220-4201 (Fax)
pqualey@kenyon.com