**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

MOTION "GRANTED" THIS 30th DAY OF July, 2013.

/s/ William D. Quarles, Jr.
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| ALLEN VIDEO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY ELECTRONICS INC., et al. <br><br> Defendants. | Case No. 1:13-cv-01459-WDQ <br><br> **JURY TRIAL DEMANDED** |

### WAIVER OF SERVICE AND CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS SONY ELECTRONICS INC. AND SONY CORPORATION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants Sony Electronics Inc. ("SEL") and Sony Corporation ("SC"), by and through their undersigned counsel, hereby move to extend the time for SEL and SC to answer or otherwise plead in response to the Complaint in this action to September 12, 2013. SC hereby also waives service of the Complaint. By telephone on July 29, 2013, Joseph D. Lewis, counsel for Plaintiff Allen Video Technology, Inc., authorized the undersigned to represent that Plaintiff consents to this motion.

Respectfully submitted,

Dated: July 29, 2013

/s/ Edward T. Colbert
Edward T. Colbert

*Attorneys for Defendants*
*SONY ELECTRONICS INC. and*
*SONY CORPORATION*

Edward T. Colbert (# 05477)
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200
(202) 220-4201 (Fax)
ecolbert@kenyon.com