**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ALLEN VIDEO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY ELECTRONICS INC., et al. <br><br> Defendants. | Case No. 1:13-cv-01459-WDQ <br><br> **JURY TRIAL DEMANDED** |

## RULE 7.1 DISCLOSURE STATEMENT OF SONY CORPORATION AND SONY ELECTRONICS INC.

Pursuant to FED. R. CIV. P. 7.1, Defendants Sony Corporation and Sony Electronics Inc., by and through their undersigned counsel, disclose that Sony Electronics Inc. is a wholly-owned subsidiary of Sony Corporation. Sony Corporation is a Japanese corporation whose common stock trades principally on the Tokyo Stock Exchange and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange. Sony Corporation and Sony Electronics Inc. have no additional corporate or other parents, subsidiaries, affiliates, securities, or other interests that are publicly held or traded on an American stock exchange.

							Respectfully submitted,

Dated: September 12, 2013				 _/s/ Edward T. Colbert_____
							Edward T. Colbert

							*Attorneys for Defendants*
							*SONY ELECTRONICS INC. and*
							*SONY CORPORATION*

							Edward T. Colbert (# 05477)
							KENYON & KENYON LLP
							1500 K Street, NW
							Washington, DC 20005-1257
							(202) 220-4200
							(202) 220-4201 (Fax)
							ecolbert@kenyon.com

OF COUNSEL:

John Flock
Zaed M. Billah
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200
(212) 425-5288 (Fax)
jflock@kenyon.com
zbillah@kenyon.com

Paul T. Qualey
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200
(202) 220-4201 (Fax)
pqualey@kenyon.com