# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

September 16, 2013

TO COUNSEL OF RECORD

Re: *Allen Video Technology, Inc. v. Sony Electronics Inc., et al.*
Civil No. WDQ 13-cv-01459

Dear Counsel:

A telephone scheduling conference is scheduled for 10:00 a.m. on Tuesday, September 24, 2013. Counsel for plaintiff is asked to initiate the call.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc: Felicia Cannon, Clerk