UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ALLEN VIDEO TECHNOLOGY, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS INC., et al.<br><br>     Defendants. | Case No. 1:13-cv-01459-WDQ |

## JOINT MOTION AND REQUEST TO MODIFY SCHEDULING ORDER

Plaintiff Allen Video Technology, Inc., Defendant Sony Electronics, Inc. and Defendant Sony Corporation ("the Parties"), hereby submit this Joint Motion and Request to Modify the Scheduling Order and state as follows:

1. The Parties submitted an agreed scheduling order to the Court on October 21, 2103 [Doc. 29], and the Court entered the Scheduling Order, without revision, on October 22, 2013 [Doc. 30].

2. Prior to submission of the agreed scheduling order, the Parties had eliminated the following proposed language from the "Additional Patent Matters" section of an early version of the proposed scheduling order: [30 days prior to the Joint Claim Construction Statement], Plaintiff shall reduce its asserted claims to 12 or less.

3. The same language was mistakenly not also eliminated from the deadline table of the proposed scheduling order.

4. On October 29, 2013, Plaintiff's counsel identified the oversight and contacted counsel for Defendants. Subject to the Court's approval, Defendants' counsel has agreed to the amendment shown below:

| Parties file Joint Claim Construction Statement. (LR 805.1(f)). | 150 days after scheduling order. ~~Thirty days prior, AVT to reduce the number of asserted claims to 12.~~ |
|---|---|

5. The Parties respectfully request that the Court enter the attached amended scheduling order, which reflects only the change recounted above.

Dated: November 6, 2013

Respectfully submitted,

/s/
Joseph D. Lewis (# 13379)
BARNES & THORNBURG LLP
1717 Pennsylvania Ave, NW, Suite 500
Washington, DC 20006
(202) 289-1313 Telephone
(202) 289-1330 Facsimile
Email: joe.lewis@btlaw.com

*Of Counsel:*

Eugene M. Cummings
David Lesht
Martin Goering
David M. Mundt
THE LAW OFFICES OF EUGENE M. CUMMINGS, P.C.
One North Wacker Drive, Suite 4130
Chicago, IL 60606
(312) 984-0144 Telephone
(312) 984-0146 Facsimile
Email: ecummings@emcpc.com
Email: dlesht@emcpc.com
Email: mgoering@emcpc.com
Email: dmundt@empcp.com

Joseph M. Vanek
Jeffrey R. Moran
VANEK, VICKERS & MASINI, P.C.

/s/
Edward T. Colbert (# 05477)
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200
(202) 220-4201 (Fax)
Email: ecolbert@kenyon.com
(signed by J Lewis with permission of counsel for Defendants)

*Of Counsel:*

John Flock
Zaed M. Billah
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200
(212) 425-5288 (Fax)
Email: jflock@kenyon.com
Email: zbillah@kenyon.com

Paul T. Qualey
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200
(202) 220-4201 (Fax)

55 W. Monroe, Suite 3500
Chicago, IL 60603
(312) 224-1500 Telephone
(312) 224-1510 Facsimile
Email: jvanek@vaneklaw.com
Email: jmoran@vaneklaw.com

*Attorneys for Plaintiff*
*ALLEN VIDEO TECHNOLOGY, INC.*

Email: pqualey@kenyon.com

*Attorneys for Defendants*
*SONY ELECTRONICS INC. and*
*SONY CORPORATION*