UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ALLEN VIDEO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY ELECTRONICS INC., et al. <br><br> Defendants. | Case No. 1:13-cv-01459-WDQ |

**JOINT STATUS REPORT AND REQUEST TO CONTINUE
SUSPENSION OF THE SCHEDULE**

Plaintiff Allen Video Technology, Inc., Defendant Sony Electronics, Inc. and Defendant Sony Corporation ("the Parties"), hereby submit this Joint Status Report and Request to Continue Suspension of the Schedule, and state as follows:

1. As stated in their Joint Motion and Request to Suspend the Schedule filed on February 14, 2014 (Dkt. No. 33) ("Motion"), the Parties have reached an agreement in principle to settle all claims in this matter. The Parties would like to avoid further litigation expenses while memorializing that agreement in writing. Accordingly, the Parties requested that the Court suspend the schedule in this case for 30 days to allow the Parties to complete the settlement and file a dismissal.

2. The Court granted the Motion and also ordered the Parties to report to the Court within 30 days to submit a dismissal or reset the schedule.

3. The Parties have made substantial progress towards memorializing their agreement.

4. Thus, the Parties respectfully request that the Court continue suspension of the schedule in this case for 30 days to allow the parties to complete the settlement and file a dismissal.

Dated: March 20, 2014

_____/s/_____
Joseph D. Lewis (# 13379)
BARNES & THORNBURG LLP
1717 Pennsylvania Ave, NW, Suite 500
Washington, DC 20006
(202) 289-1313 Telephone
(202) 289-1330 Facsimile
Email: joe.lewis@btlaw.com

*Of Counsel:*

Eugene M. Cummings
David Lesht
Martin Goering
David M. Mundt
THE LAW OFFICES OF EUGENE M. CUMMINGS, P.C.
One North Wacker Drive, Suite 4130
Chicago, IL 60606
(312) 984-0144 Telephone
(312) 984-0146 Facsimile
Email: ecummings@emcpc.com
Email: dlesht@emcpc.com
Email: mgoering@emcpc.com
Email: dmundt@empcp.com

Joseph M. Vanek
Jeffrey R. Moran
VANEK, VICKERS & MASINI, P.C.
55 W. Monroe, Suite 3500
Chicago, IL 60603
(312) 224-1500 Telephone
(312) 224-1510 Facsimile
Email: jvanek@vaneklaw.com
Email: jmoran@vaneklaw.com

*Attorneys for Plaintiff*
*ALLEN VIDEO TECHNOLOGY, INC.*

Respectfully submitted,

_____/s/_____
Edward T. Colbert (# 05477)
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200
(202) 220-4201 (Fax)
Email: ecolbert@kenyon.com

*Of Counsel:*

John Flock
Zaed M. Billah
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200
(212) 425-5288 (Fax)
Email: jflock@kenyon.com
Email: zbillah@kenyon.com

Paul T. Qualey
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200
(202) 220-4201 (Fax)
Email: pqualey@kenyon.com

*Attorneys for Defendants*
*SONY ELECTRONICS INC. and*
*SONY CORPORATION*